1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division                         JS-6
   MARK A. WIN  (CSB #206077)
4  Special Assistant United States Attorney
            333 Market St., Suite 1500
5           San Francisco, CA 94105
            Tel: (415) 977-8980
6           Fax:  (415) 744-0134
            Email:  Mark.Win@ssa.gov
7
   Attorneys for Defendant Michael J. Astrue,
8       Commissioner of Social Security

9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA

11
12  DELIA GUERRA,              ) No. CV 09-3096 (DTB)
                               )
13       Plaintiff,            ) **[PROPOSED] JUDGMENT OF**
                               ) **REMAND**
    v.                         )
14                             )
    MICHAEL J. ASTRUE, Commissioner )
15  of Social Security,        )
                               )
16       Defendant.            )
                               )
17  _____)

18      The Court having approved the parties' Stipulation to Voluntary Remand
19  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
20  ("Stipulation to Remand") lodged concurrent with the lodging of the within
21  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
22  **DECREED** that the above-captioned action is remanded to the Commissioner of
23  Social Security for further proceedings consistent with the Stipulation of Remand.
24  Dated: January 7, 2010
25                              _____
26                              HON. DAVID T. BRISTOW
                                UNITED STATES MAGISTRATE JUDGE
27
28