PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
DELIA GUERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DELIA GUERRA, | Case No.: CV 09-03096 DTB |
| Plaintiff, | |
| v. | [proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL S. ASTRUE, Commissioner, Social Security Administration, | |
| | Magistrate Judge: Hon. David T. Bristow |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that Plaintiff's Counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Two Thousand Six Hundred and 00/100 Dollars ($2,600.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred FortySix and 27/100 Dollars ($446.27), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: April 28, 2010

_____
UNITED STATES MAGISTRATE JUDGE